

FILED
CLERK U.S. DISTRICT COURT
NOV 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Johnny Ramirez DEFENDANT(S). | CASE NUMBER CR-12-919-4 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____deft_____, IT IS ORDERED that a detention hearing is set for _____Mon tea_____, _12/3/12_, at _11:00_ ☒a.m. / ☐p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  *(Other custodial officer)*

Dated: _11/29/12_      _____[signed]_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                          Page 1 of 1